# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-10-258 |
| CLARENCE HUDGENS, *et al.* | § | |

# O R D E R

Counsel for defendant Wright orally moved for a continuance at the pretrial conference held on November 30, 2011. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Depositions motion to be filed by : | January 27, 2012 |
| Motions are to be filed by: | March 1, 2012 |
| Responses are to be filed by: | March 14, 2012 |
| Interim pretrial conference is set for: | **March 20, 2012, at 9:30 a.m.** |
| Final pretrial conference is reset to**:** | **June 4, 2012, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **June 11, 2012, at 9:00 a.m.** |

SIGNED on December 2, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge