# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-258 |
| | § | |
| CLARENCE HUDGENS, *et al.* | § | |

# O R D E R

The court held an interim pretrial conference on May 1, 2012. Defendant Hudgens filed a motion for continuance, (Docket Entry No. 244), which was joined and unopposed by the remaining defendants and the government. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 14, 2012 |
| Responses are to be filed by: | September 28, 2012 |
| Interim pretrial conference is set for: | **October 1, 2012, at 4:30 p.m.** |
| Final pretrial conference is reset to**:** | **November 19, 2012, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **December 3, 2012, at 9:00 a.m.** |

SIGNED on May 2, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge