# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-10-258 |
| | § § § § | |
| CLARENCE HUDGENS, *et al.* | § | |

# O R D E R

The court held an interim pretrial conference on October 9, 2012. Defendant Harless made an oral motion for continuance, which was joined and unopposed by the remaining defendants and the government. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 24, 2013 |
| Responses are to be filed by: | February 11, 2013 |
| First Interim pretrial conference is set for: | **December 14, 2012, at 9:30 a.m.** |
| Second Interim pretrial conference is set for: | **February 1, 2013, at 9:00 a.m.** |
| Final pretrial conference is reset to**:** | **March 20, 2013, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **March 25, 2013, at 9:00 a.m.** |

SIGNED on October 10, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge