IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-10-258 |
| | § | |
| CLARENCE HUDGENS, *et al.* | § | |

**O R D E R**

The court held an interim pretrial conference on April 23, 2013. The government made an oral motion for continuance, which was joined and unopposed by the defendants except for defendant Bonojo. The court overruled his objections to the continuance The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The court advises that no further continuances will be granted. The docket control order is amended as follows:

| | |
| --- | --- |
| Government's Disclosure of Expert Witnesses: | July 19, 2013 |
| Government's Disclosure of Evidence: | August 9, 2013 |
| Exchange of Witness and Exhibit Lists: | August 9, 2013 |
| Motions are to be filed by: | August 14, 2013 |
| Responses are to be filed by: | August 28, 2013 |
| Interim pretrial conference is set for: | **June 27, 2013, at 9:00 a.m.** |
| Final pretrial conference is reset to**:** | **August 19-20, 2013, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **September 3, 2013, at 9:00 a.m.** |

SIGNED on May 1, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge